# Order

Michigan Supreme Court
Lansing, Michigan

August 4, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

156031(39)

BRENDA WHITE,
        Plaintiff-Appellant,

v

SOUTHEAST MICHIGAN SURGICAL
HOSPITAL and DR. GARY DOCKS,
        Defendants-Appellees.
_____/

SC: 156031
COA: 338256
Macomb CC: 2012-002017-NH

       On order of the Chief Justice, the motion of plaintiff-appellant to file a supplement to the application for leave to appeal is GRANTED. The supplement submitted on July 31, 2017, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____August 4, 2017_____



Clerk